DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

IN RE ECKARD

No. 415P01-2

Case below: 148 N.C. App. 541

Petition by petitioner (Guardian ad Litem) for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

IN RE GURLEY

No. 325P02

Case below: 150 N.C. App. 437

Motion by Attorney General to dismiss appeal by respondent (Durham County) for lack of substantial constitutional question allowed 15 August 2002. Petition by respondent (Durham County) for writ of certiorari to review the order of the District Court, Durham County denied 15 August 2002.

IN RE PITTMAN

No. 229P02

Case below: 149 N.C. App. 756

Notice of appeal by respondent (Lekeshia Harris) pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 15 August 2002. Petition by respondent (James Pittman) for discretionary review pursuant to G.S. 7A-31 denied 15 April 2002.

IN RE ROBERTS

No. 290PA02

Case below: 150 N.C. App. 86

Notice of appeal by respondent (Buncombe County Board of Education) pursuant to G.S. 7A-30 (substantial constitutional question) retained 15 August 2002. Petition by respondent (Buncombe County Board of Education) for discretionary review pursuant to G.S. 7A-31 allowed 15 August 2002.